**TESSER | GROSSMAN LLP**
11990 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
Brandon M. Tesser (SBN 168476)
brandon@tessergrossman.com
Robert Paredes (SBN 255329)
robert@tessergrossman.com
Attorneys for Plaintiff, KENNY NOLAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY NOLAN, an individual,<br><br>　　　　Plaintiff,<br>　vs.<br>UNIVERSAL MUSIC GROUP HOLDINGS, INC., a Delaware corporation; SIR ROBERT BRYSON HALL II p/k/a LOGIC; VISIONARY MUSIC GROUP; and DEF JAM RECORDINGS,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00979-JAK-MAA<br>Hon. John A. Kronstadt<br><br>**JOINT NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 40-2, plaintiff Kenny Nolan and defendants Universal Music Group Holdings, Inc., Def Jam Recordings, a division of UMG Recordings, Inc., Sir Robert Bryson Hall II p/k/a Logic, and Visionary Music Group hereby give notice that they have reached an agreement in principal to settle this dispute. The parties jointly request that the Court vacate the October 29, 2024 Order Setting Date to File Joint Trial Report [Dkt. No. 106], and permit the parties fourteen days to negotiate and finalize formal settlement documentation and submit a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: November 1, 2024                    TESSER | GROSSMAN LLP
                                           BRANDON M. TESSER
                                           ROBERT PAREDES

                                           _____/s/_____
                                           ROBERT PAREDES
                                           Attorneys for Plaintiff,
                                           KENNY NOLAN

Dated: November 1, 2024                    BALLARD SPAHR LLP


                                           _____/s/_____
                                           ROBERT S. GUTIERREZ
                                           ELIZABETH L. SCHILKEN
                                           Attorneys for Defendants,
                                           UNIVERSAL MUSIC GROUP
                                           HOLDINGS, INC. and DEF JAM
                                           RECORDINGS, a division of UMG
                                           Recordings, Inc.

Dated: November 1, 2024                    MILLER BARONDESS, LLP


                                           _____/s/_____
                                           A. SASHA FRID
                                           NATALIE J. SCHACHNER
                                           Attorneys for Defendants,
                                           SIR ROBERT BRYSON HALL II p/k/a
                                           LOGIC and VISIONARY MUSIC
                                           GROUP

**ECF SIGNATURE ATTESTATION**

    All other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 1, 2024        TESSER | GROSSMAN LLP

By:   /s/                                
       Robert Paredes